P. Ballantine & Sons, Appellant, v. Boston Celtics Basketball Club et al., Respondents.—

Concur — McGivern, J. P., Markewich, Nunez, McNally and Tilzer, JJ.

The People of the State of New York v. Patrick Mobley.—

Concur — McGivern, J. P., Nunez, McNally, Steuer and Eager, JJ.

In the Matter of Milton Gladstone, an Attorney.—

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and Tilzer, JJ.